FORM 5(10/06)  FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>District of Nevada | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Tower Homes, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>**d/b/a Spanish View Tower Homes** |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**Rodney C. Yanke, Managing Member**<br>**8337 West Sunset Road**<br>**Las Vegas, NV 89113** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**W. Owen Nitz, Esq., Resident Agent**<br>**601 South Tenth Street, Suite 201**<br>**Las Vegas, NV 89101** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Clark** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**8030 West Maule Avenue, Las Vegas, Nevada** | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor __Tower Homes, LLC__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

**HBParko Construction, Inc.**
Name of Petitioner                                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
HBParko Construction, Inc.
3188-H Airway Avenue
Costa Mesa, CA 92626

X _[signature]_                                         5/30/07
Signature of Attorney                                   Date

**William M. Noall, Esq.**
Name of Attorney Firm (If any)
Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, NV 89169
Address
Telephone No.    (702) 796-5555

X _____
Signature of Petitioner or Representative (State title)

**Regional Steel Corp.**
Name of Petitioner                                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Reional Steel Corp.
215 York Place
Claremont, CA 91711

X _[signature]_                                         5/30/07
Signature of Attorney                                   Date

**William M. Noall, Esq.**
Name of Attorney Firm (If any)
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169
Address
Telephone No.    (702) 796-5555

X _[signature]_
Signature of Petitioner or Representative (State title)

**Nevada Ready Mix**
Name of Petitioner                                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Nevada Ready Mix
151 Cassia Way
Henderson, NV 89014

X _[signature]_                                         5/30/07
Signature of Attorney                                   Date

**William M. Noall, Esq.**
Name of Attorney Firm (If any)
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89109
Address
Telephone No.    (702) 796-5555

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| HBParko Construction, Inc.<br>3188-H Airway Avenue<br>Costa Mesa, CA 92626 | Mechanics' Lien Holder and unsecured to the extend undersecured per 11 U.S.C. 506(a)(1), or pursuant to agreement | 31,834,531.20 |
| Regional Steel Corp.<br>215 York Place<br>Claremont, CA 91711 | Mechanics' Lien Holder and unsecured to the extend undersecured per 11 U.S.C. 506(a)(1), or pursuant to agreement | 3,122,267.92 |
| Nevada Ready Mix<br>151 Cassia Way<br>Henderson, NV 89014 | Mechanics' Lien Holder and unsecured to the extend undersecured per 11 U.S.C. 506(a)(1), or pursuant to agreement | 1,507,647.86 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>36,464,446.98 |

___0___ continuation sheets attached

Name of Debtor: **Tower Homes, LLC**

OFFICIAL FORM 5 - Involuntary Petition - Page 2    Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _____ | X _____[signature]_____ 5/30/07 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |

HBParko Construction, Inc.    William M. Noall, Esq.
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
HBParko Construction, Inc.
3188-H Airway Avenue
Costa Mesa, CA 92626

Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, NV 89169
Address
Telephone No. (702) 796-5555

---

X _____[signature]_____ PRESIDENT    X _____[signature]_____ 5/30/07
Signature of Petitioner or Representative (State title)    Signature of Attorney   Date

Regional Steel Corp.    5/30/07    William M. Noall, Esq.
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Regional Steel Corp.
215 York Place
Claremont, CA 91711

Gordon & Silver, Ltd.
3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169
Address
Telephone No. (702) 796-5555

---

X _____    X _____[signature]_____ 5/30/07
Signature of Petitioner or Representative (State title)    Signature of Attorney   Date

Nevada Ready Mix    William M. Noall, Esq.
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Nevada Ready Mix
151 Cassia Way
Henderson, NV 89014

Gordon & Silver, Ltd.
3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89109
Address
Telephone No. (702) 796-5555

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| HBParko Construction, Inc.<br>3188-H Airway Avenue<br>Costa Mesa, CA 92626 | Mechanics' Lien Holder and unsecured to the extend undersecured per 11 U.S.C. 506(a)(1), or pursuant to agreement | 31,834,531.20 |
| Regional Steel Corp.<br>215 York Place<br>Claremont, CA 91711 | Mechanics' Lien Holder and unsecured to the extend undersecured per 11 U.S.C. 506(a)(1), or pursuant to agreement | 3,122,267.92 |
| Nevada Ready Mix<br>151 Cassia Way<br>Henderson, NV 89014 | Mechanics' Lien Holder and unsecured to the extend undersecured per 11 U.S.C. 506(a)(1), or pursuant to agreement | 1,507,647.86 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>36,464,446.98 |

_____0_____ continuation sheets attached